**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814

*Daniel J. Broderick*     (916) 498-5700   Fax: (916) 498-5710     *Linda C. Harter*
*Federal Defender*                                                                    *Chief Assistant Defender*

# M E M O R A N D U M

DATE:        December 5, 2011

TO:           Stephanie Deutsch, Courtroom Clerk to
                 Honorable Morrison C. England

FROM:       Douglas Beevers, Assistant Federal Defender

SUBJECT:    USA v. Jose Anquiano, Cr-S-08-417 MCE
                 Continuance of Judgment and Sentencing

---

       Please continue the judgment and sentencing in the above referenced case from December 8, 2011 to January 5, 2012 at 9:00a.m. The continuance is needed to allow the parties additional time to investigate matters relating to criminal history.

       The Government, AUSA Jason Hitt and the United States Probation Officer, Casey Horner, have no objections to this continuance.

Thank you for your attention to this matter. Please call with any questions or concerns.

       IT IS SO ORDERED.

Dated: December 8, 2011

                                          _____
                                          MORRISON C. ENGLAND, JR.
                                          UNITED STATES DISTRICT JUDGE