THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant, Joshua Ortega

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA ORTEGA, et al.,<br><br>Defendants. | Case No.: 2:08-cr-0417-MCE<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING AND MODIFICATION OF SCHEDULE FOR PSR. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for January 5, 2011 at 10:00 a.m. is continued to February 2, 2012 at 10:00 a.m. in the same courtroom. The continuance is requested because defense counsel recently concluded a trial in the Sacramento Superior Court and needs additional time to prepare for the Pre-Sentence Report (PSR). Jason Hitt, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, both agree to this continuance.

**IT IS SO STIPULATED.**

DATED: October 26, 2011         By:   /s/ Thomas A. Johnson
                                      THOMAS A. JOHNSON
                                      Attorney for Defendant
                                      JOSHUA ORTEGA

| | | |
|---|---|---|
| DATED: October 26, 2011 | | BENJAMIN WAGNER<br>United States Attorney |
| | By: | /s/ Thomas A. Johnson for<br>JASON HITT<br>Assistant United States Attorney |

**IT IS SO ORDERED.**

Dated: December 12, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JOSHUA ORTEGA, et. al,<br><br>　　　　　Defendants. | Case No.: 2:08-cr-0417-MCE<br><br>MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Date of Referral to Probation Officer: | September 29, 2011<br>(Date of Plea or Verdict) |
| Judgment and Sentencing date: | February 2, 2012 |
| Reply or Statement | January 26, 2012 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | January 19, 2012 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | January 12, 2012 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | January 5, 2012 |

| 1 | The proposed Pre-Sentence Report | December 22, 2011 |
| 2 | shall be disclosed to counsel no later than: | |

Copies of this schedule are to be provided to the Probation Officer.

    IT IS SO ORDERED.

Dated: December 12, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE