1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, VI Bar #1766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JOSE ANGUIANO

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    ) No. CR-S-08-0417 MCE
                                )
12          Plaintiff,          ) STIPULATION AND ORDER AUTHORIZING
                                ) DISCLOSURE OF PSR
13     v.                       ) TO SENTENCING CONSULTANT
                                )
14 JOSE ANGUIANO, et al.,       ) Date:
                                ) Time:
15          Defendants.         ) Judge: Morrison C. England, Jr.
   _____)
16

17      It is hereby stipulated between the parties, JASON HITT, Assistant

18 United States Attorney, attorney for plaintiff; and DOUGLAS BEEVERS,

19 Assistant Federal Defender, attorney for defendant JOSE ANGUIANO; that

20 the presentence report may be disclosed to Tess Lopez a sentencing

21 consultant working for Jose Anguiano.

22      As grounds for this request, Attorney Beevers states that Tess Lopez

23 is a retired probation officer formerly with the Northern District

24 Federal Probation who has been retained to provide mitigation support for

25 Jose Anguiano's sentencing. Tess Lopez is also a California-licensed

26 private investigator governed by confidentiality rules and who has agreed

27 not to disclose the report to anyone outside the case.

28

| | |
|---|---|
| Dated: December 22, 2011 | Respectfully submitted,<br><br>DANIEL J. BRODERICK<br>Federal Defender<br><br>/s/ Douglas Beevers<br>_____<br>DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>JOSE ANGUIANO |
| Dated: December 22, 2011 | BENJAMIN WAGNER<br>United States Attorney<br><br>/s/ Douglas Beevers for<br>    Jason Hitt<br>_____<br>JASON HITT<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**O R D E R**

**IT IS ORDERED** that the Pre-sentence report for Jose Anguiano may be disclosed to Sentencing Specialist Tess Lopez who is ordered not to disclose the report to any other person.

Dated: January 4, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE