UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   Case No. 2:08-cr-00417-04-MCE

      Plaintiff,
  v.   **ORDER FOR RELEASE OF PERSON IN CUSTODY**

MARIO SARRANO-ABURTO,

      Defendant.
_____/

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release MARIO SARRANO-ABURTO, Case No. 2:08-cr-00417-04-MCE, from custody for the following reasons:

|     |     |
| --- | --- |
| ____ | Release on Personal Recognizance |
| ____ | Bail Posted in the Sum of $____ |
| ____ | Unsecured Appearance Bond |
| ____ | Appearance Bond with 10% Deposit |
| ____ | Appearance Bond with Surety |
| ____ | Corporate Surety Bail Bond |
| _X_ | (Other): Pursuant to the Court's Order and Judgment of time served. |

Issued in Sacramento, California on February 23, 2012.

Dated: February 23, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE