THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant, Joshua Ortega

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOSHUA ORTEGA, et al.,<br><br>　　　　Defendants. | Case No.: 2:08-cr-0417-MCE<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING AND MODIFICATION OF PSR SCHEDULE |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for May 31, 2012 at 9:00 a.m. is continued to August 2, 2012 at 9:00 a.m. in the same courtroom.  The continuance is requested because defense counsel needs additional time to prepare for the Pre-Sentence Report (PSR).  Jason Hitt, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, both agree to this continuance.

**IT IS SO STIPULATED.**

DATED: May 29, 2012　　　　　　　　　By:　/s/ Thomas A. Johnson
　　　　　　　　　　　　　　　　　　　　　　THOMAS A. JOHNSON
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　JOSHUA ORTEGA

DATED: May 29, 2012                              BENJAMIN WAGNER
                                                 United States Attorney

                                        By:   /s/ Thomas A. Johnson for
                                              JASON HITT
                                              Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: May 30, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:08-cr-0417-MCE |
| Plaintiff, | MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |
| v. | |
| JOSHUA ORTEGA, | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Date of Referral to Probation Officer: | September 29, 2011 |
| | (Date of Plea or Verdict) |
| Judgment and Sentencing date: | August 2, 2012 |
| Reply or Statement | July 26, 2012 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | July 19, 2012 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | July 12, 2012 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | July 5, 2012 |
| The proposed Pre-Sentence Report shall be disclosed to counsel no later than: | June 20, 2012 |

Copies of this schedule provided to: _____ AUSA    _____ Defense Counsel    _____ USPO

Dated: By: __/s/_____
COURTROOM CLERK